IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES F. BENNETT                                                                                    PLAINTIFF

V.                              NO. 11-3083

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration                          DEFENDANT

**O R D E R**

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute. (Doc. 8). No response to the motion has been filed by the pro se Plaintiff. On November 22, 2011, a Scheduling Order was entered, directing the Plaintiff to file an Appeal Brief within 30 days of the filing of the Transcript, which was filed on November 22, 2011. In the Scheduling Order, Plaintiff was advised that failure to file a timely brief may result in dismissal for failure to prosecute. As of this date, Plaintiff has not filed an Appeal Brief or a response to Defendant's Motion to Dismiss.

Accordingly, the Court hereby directs Plaintiff to **show cause, in writing, why his complaint should not be dismissed for failure to prosecute his complaint under Fed.R.Civ.P. 41(b), by no later than March 30, 2012.**

IT IS SO ORDERED this 16th day of March, 2012.

*/s/ Erin L. Setser*
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)