IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES F. BENNETT                                                                                    PLAINTIFF

V.                                             NO. 11-3083

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                      DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to Prosecute. (Doc. 8). No response to the motion was filed by the pro se Plaintiff. On March 16, 2012, the undersigned entered an Order (Doc. 10), directing Plaintiff to show cause, in writing, why his complaint should not be dismissed for failure to prosecute his complaint under Fed.R.Civ.P. 41(b), by no later than March 30, 2012. As of this date, Plaintiff has failed to respond to the Order.

Based upon the foregoing, the Court hereby recommends that Plaintiff's complaint be dismissed for failure to prosecute, pursuant to Fed.R.Civ.P. 41(b). **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 3rd day of April, 2012.

*/s/ Erin L. Setser*
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)