IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES F. BENNETT                                                    PLAINTIFF

v.                      Case No. 3:11-CV-03083

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration            DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 11) filed in this case on April 3, 2012, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendant's Motion to Dismiss (Doc. 8) is GRANTED, and Plaintiff's Complaint is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 9th day of May, 2012.

                                                         /s/ P. K. Holmes, III
                                                         P.K. HOLMES, III
                                                         CHIEF U.S. DISTRICT JUDGE